UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOVAN CAMPBELL, *on behalf of herself and all others similarly situated*,

                            Plaintiff,

v.

STUART H. KAPLAN, M.D., PROFESSIONAL CORPORATION,

                            Defendant.

23-CV-3680 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On May 15, 2023, the Court ordered the parties to meet and confer within thirty days of service of the summons and complaint, and within fifteen additional days, submit a joint letter requesting that the Court either refer the case to mediation or a magistrate judge, or schedule an initial status conference in this matter. On June 12, 2023, Plaintiff filed proof of service on the docket, and Defendant filed a notice of appearance on the same day. To date, no joint letter has been filed, nor has Defendant responded to the Complaint.

      By no later than August 22, 2023, the parties shall submit their joint letter, or, in the alternative, Plaintiff shall file a letter proposing next steps in this matter. Failure to do so may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:   August 15, 2023
           New York, New York

                                                      Hon. Ronnie Abrams
                                                      United States District Judge