UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVAN CAMPBELL, *on behalf of herself and all others similarly situated*,

                Plaintiff,

v.

STUART H. KAPLAN, M.D., PROFESSIONAL CORPORATION,

                Defendant.

No. 23-cv-3680 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On August 23, 2023, the Court referred this case for mediation to the Court-annexed Mediation Program. *See* Dkt. 11. It has been reported to the Court, however, that the mediation was not held. No later than January 25, 2024, Plaintiff shall file a letter proposing next steps in this matter. Failure to do so may result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:    January 17, 2024
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge